IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAL BODDIE** *et al*.  **PLAINTIFFS**

**V.**  **CIVIL ACTION CAUSE NO.: 4:20-cv-159-SA-JMV**

**ALLSTATE INSURANCE COMPANY** *et al*.  **DEFENDANTS**

**ORDER**

This cause came to be heard on the second unopposed motion of defendant, Allstate Insurance Company, requesting an extension of time within which to file an answer or responsive pleading and to stay this case for a period of ninety (90) days. The court, being advised in the premises and that the motion is unopposed, finds that the motion should be granted.

THEREFORE, IT IS, HEREBY, ORDERED that the defendant is granted an extension up to and including April 15, 2021, to file their answer or other responsive pleading in the above styled cause. Further, this case is stayed until the earlier of April 15, 2021, or the date an answer or other responsive pleading is filed. No further extensions absent extraordinary circumstances.

This order may be amended, *sua sponte*, by further order of the court.

**SO ORDERED**, this the 13th day of January, 2021.

/s/ Jane M. Virden
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE